### DEZELLE v. STATE.
### No. 22255.

Court of Criminal Appeals of Texas.
Nov. 4, 1942.

Leon D. Lusk, of Houston, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Appellant was convicted of an assault with an automobile and his punishment assessed at a fine of $30.

The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.